IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 23-03003-01-CR-S-RK |
| RICKY LANE BOWERS, | ) |
| Defendant. | ) |

## ORDER

Before the Court is the Motion to Withdraw Guilty Plea filed by Defendant personally. (Doc. 50.) However, Defendant is represented by an attorney, and the Court "is not required to entertain *pro se* motions filed by a represented party." *United States v. Tollefson*, 853 F.3d 481, 485 (8th Cir. 2017) (cleaned up). This prohibition was set forth in the February 1, 2023 Scheduling and Trial Order, which states that *pro se* filings will not be accepted from a defendant who is represented by counsel. (Doc. 19 ¶ VI(A).)

Accordingly, the *pro se* Motion to Withdraw Guilty Plea is **DENIED** without prejudice. Any motion to the Court must be made by and through Defendant's attorney. The Clerk's Office is directed to send a copy of this Order to Defendant at the St. Clair County Jail via regular mail.

**IT IS SO ORDERED.**

/s/ *David P. Rush*
DAVID P. RUSH
UNITED STATES MAGISTRATE JUDGE

DATE: July 11, 2024